| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Battani, Marianne O. | 2. Court or Organization<br><br>USDC, Eastern Distict of MI | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge, active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>231 West Lafayette<br>Detroit, Michigan 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Pretrial Skills Judge | Cooley Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982 | State of Michigan Defined Benefit Plan(pension) |
| 2. 1982 | County of Wayne Defined Benefit Plan(pension) |
| 3. | |

RECEIVED 2010 MAY 18 ...

Battani, Marianne O.

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Cooley Law School, compensation | $1,200.00 |
| 2. 2009 | Michigan Judges' Retirement System | $36,311.16 |
| 3. 2009 | Wayne County Retirement System | $19,208.76 |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INDIVIDUAL ACCOUNT | | | | | | | | | |
| 2. -Fidelity Accounts(cash, cash equivalent) | A | Interest | L | T | | | | | |
| 3. -Puritan | A | Dividend | J | T | | | | | |
| 4. FIDELITY IRA ACCOUNT: | B | Dividend | | | | | | | |
| 5. -US Treasury Security | | | | | Sold | 12/21/09 | K | | |
| 6. -Fidelity Contrafund | | | | | Sold (part) | 02/20/09 | K | | |
| 7. | | | | | Sold | 12/08/09 | J | | |
| 8. -Fidelity Equity Income II | | | | | Sold | 12/08/09 | J | | |
| 9. -Fidelity Fund | | | | | Sold | 12/08/09 | J | | |
| 10. -Fidelity Magellan Fund | | | | | Sold | 12/08/09 | J | | |
| 11. -Fidelity Puritan | | | | | Sold | 12/08/09 | J | | |
| 12. -Janus Fund | | | | | Sold | 12/08/09 | K | | |
| 13. -Fidelity Cash Reserves | | | | | Sold | 12/21/09 | L | | |
| 14. DEFERRED COMPENSATION 457: | B | Dividend | | | | | | | |
| 15. -SSgA S&P Mid Cap | | | | | Sold | 12/08/09 | K | | |
| 16. -SSgA Russell 2000 | | | | | Sold | 12/08/09 | K | | |
| 17. -Dodge Cox Stock Fund | | | | | Sold | 12/08/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -AllianceBernstein Int Val I | | | | | Sold | 12/08/09 | J | | |
| 19. -SSgA Bond Market Index Fund | | | | | Sold | 12/08/09 | K | | |
| 20. -Lord Abbett Mid Cap Value Fund | | | | | Sold | 12/08/09 | K | | |
| 21. -SSgA Emerging Markets | | | | | Sold | 12/08/09 | J | | |
| 22. -SSgA S&P 500 Index | | | | | Sold | 12/08/09 | J | | |
| 23. -SSgA Target Retirement 2010 | | | | | Sold | 12/08/09 | J | | |
| 24. -PIMCOT Total Return | | | | | Sold | 12/08/09 | K | | |
| 25. EDWARD JONES IRA ACCOUNT | B | Dividend | N | T | | | | | |
| 26. -Putnam Mid Cap Value Fund Cl A | | | | | | | | | |
| 27. -Putnam Intl Capital Opptys Cl A | | | | | Sold | 12/31/09 | J | | |
| 28. -Capital Income Builder Fund Cl B | | | | | | | | | |
| 29. -Capital World Growth & Income Fund Cl B | | | | | | | | | |
| 30. -Euro Pacific Growth Fund Cl B | | | | | | | | | |
| 31. -Franklin Income Fund Cl A | | | | | Buy (add'l) | 12/28/09 | J | | |
| 32. -Fundamental Investors Fund Cl B | | | | | | | | | |
| 33. -Hartford Capital Appreciation Fund Cl A | | | | | | | | | |
| 34. -American Balanced Fund Cl A | | | | | Buy | 12/28/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -American High Income Trust Cl A | | | | | Buy | 12/28/09 | K | | |
| 36. -American International Growth & Income Fund Cl A | | | | | Buy | 12/28/09 | J | | |
| 37. -American Mutual Fund Cl A | | | | | Buy | 12/28/09 | K | | |
| 38. -Bond Fund of America Cl A | | | | | Buy | 12/28/09 | K | | |
| 39. -Capital Income Builder Funds Cl A | | | | | Buy | 12/28/09 | K | | |
| 40. -Capital World Bond Fund Cl A | | | | | Buy | 12/28/09 | K | | |
| 41. -Capital World Growth & Income Fund Cl A | | | | | Buy | 12/28/09 | K | | |
| 42. -Euro Pacific Growth Fund Cl B | | | | | Buy | 12/28/09 | J | | |
| 43. -Franklin Small Cap Value Fund Cl A | | | | | Buy | 12/28/09 | J | | |
| 44. -Fundamental Investors Fund Cl A | | | | | Buy | 12/28/09 | K | | |
| 45. -Growth Fund of America Cl A | | | | | Buy | 12/28/09 | J | | |
| 46. -Hartford Inflation Plus Fund Cl C | | | | | Buy | 12/28/09 | J | | |
| 47. -Income Fund of America Fund Cl A | | | | | Buy | 12/28/09 | K | | |
| 48. -Lord Abbett Core Fixed Income Fund Cl C | | | | | Buy | 12/28/09 | J | | |
| 49. -Lord Abbett Short Duration Income Fund Cl C | | | | | Buy | 12/28/09 | J | | |
| 50. -New Economy Fund Cl A | | | | | Buy | 12/28/09 | J | | |
| 51. -New World Fund Cl A | | | | | Buy | 12/28/09 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Oppenheimer International Bond Fund Cl A | | | | | Buy | 12/28/09 | J | | |
| 53. -VanKampen Build America Bonds Income Trust Ser #20 | | | | | Buy | 12/23/09 | K | | |
| 54. -US Treasury Bonds | | | | | Buy | 12/21/09 | K | | |
| 55. EDWARD JONES SINGLE ACCOUNT | | | | | | | | | |
| 56. -Cash & money market funds | A | Dividend | J | T | | | | | |
| 57. -Federated Strategic Income Fund Cl A | A | Dividend | K | T | Sold (part) | 03/20/09 | J | | |
| 58. | | | | | Buy (add'l) | 12/28/09 | J | | |
| 59. -Federated Strategic Value Fund A | A | Dividend | | | Sold | 12/28/09 | J | | |
| 60. -Federated MDT Balanced Fund Cl A | A | Dividend | | | Sold | 12/28/09 | J | | |
| 61. -Federated Market Opportunity Fund Cl A | A | Dividend | | | Sold (part) | 03/20/09 | J | | |
| 62. | | | | | Sold | 12/28/09 | J | | |
| 63. -Federated Kaufman Small Cap Fund Cl A | | None | J | T | Buy | 12/28/09 | J | | |
| 64. -Federated Kaufman Fund Cl A | A | Dividend | J | T | Buy | 12/28/09 | J | | |
| 65. Chase Bank (cash and cash equivalent) | A | Interest | J | T | | | | | |
| 66. MassMutual: whole life policy | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Lines 4 The Fidelity account was rolled over into the Edward Jones IRA Acoount on Line 25.

Line 14 The Deferred Compensation Account was rolled over into the Edward Jones IRA Account on Line 25.

Lines 26-33 I added the Class to the name of the fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544